UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**COVINGTON**

Eastern District of Kentucky
FILED
JUL 1 3 2005
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>V. )<br>)<br>)<br>DWAYNE A. GAY, )<br>)<br>Defendant. ) | Action No. 5:01-CR-28-JMH<br><br>**MEMORANDUM OPINION AND ORDER** |

\*\*   \*\*   \*\*   \*\*   \*\*

This matter came on for an evidentiary hearing on petition of the United States Probation Office that the defendant, Dwayne A. Gay, show cause why his supervised release should not be revoked. Consistent with local practice, this matter was referred to the United States Magistrate Judge for consideration, pursuant to 28 U.S.C. 636(b).

On June 30, 2005, the Magistrate Judge filed his Report and Recommendation concluding that the defendant was found to have violated the terms of his supervised release. Accordingly, the Magistrate Judge recommends that the defendant be sentenced to two (2) years with no supervised release to follow, and that the sentence be served consecutive to any sentence the defendant is currently serving in the State of Ohio; and that the defendant participate in a mental health and sex offender treatment program during his incarceration.

Neither plaintiff nor defendant filed objections to the Magistrate Judge's Report and Recommendation. Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's Report and Recommendation to which objection is made, 28 U.S.C. §636(b)(1)(c), "'[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections with the Court to a Magistrate Judge's Report and Recommendation waives the right to appeal. See *Wright v. Holbrook,* 794 F2.d 1152, 1154-55 (6th Cir. 1986). Nevertheless, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court, being otherwise fully and sufficiently advised, **HEREBY ORDERS** that:

(1) The Magistrate Judge's Report and Recommendation [DE #36] is ADOPTED as and for the opinion of the Court; and

(2) Judgment on Revocation of Supervised Release will be entered contemporaneously with this Opinion and Order.

This the 13th day of July, 2005.



Signed By:

*Joseph M. Hood*

United States District Judge